IN THE CIRCUIT COURT
FOR PRINCE GEORGE'S COUNTY, MARYLAND

| | |
|---|---|
| PAULA KNIGHTON<br>416 N. Howard Street<br>Apartment 404<br>Alexandria, Virginia 22304<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL HARBOR GRAND, LLC<br>165 Waterfront Street<br>National Harbor, Maryland 20745<br><br><u>SERVE ON:</u><br>The Corporation Trust Incorporated<br>2405 York Road<br>Suite 201<br>Lutherville, Maryland 21093<br><br>And<br><br>MGM NATIONAL HARBOR, LLC<br>3950 Las Vegas Boulevard South<br>Las Vegas, Nevada 89119<br><br><u>SERVE ON:</u><br>CSC-Lawyers Incorporating Service Co.<br>7 St. Paul Street<br>Suite 820<br>Baltimore, Maryland 21202<br><br>        Defendants. | Case No.: CAL21-05642 |

## FIRST AMENDED COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, Paula Knighton, by undersigned counsel, hereby files this First Amended Complaint against National Harbor Grand, LLC and MGM National Harbor, LLC, Defendants herein, and alleges as follows:

## I. JURISDICTION AND VENUE

1. Plaintiff invokes the jurisdiction of this Court pursuant to Md. Code Ann., Cts. and Jud. Proc. Article, § 6-101 et seq.

2. Venue is proper in this Court pursuant to Md. Code Ann., Cts. & Jud. Proc. Article, §§ 6-201 and 6-202.

3. The amount in controversy herein exceeds the sum of $30,000.00, exclusive of interest and costs.

## II. PARTIES

4. Paula Knighton ("Knighton") is a citizen of the State of Virginia, with a residence at 416 N. Howard Street, Apartment 404, Alexandria, Virginia 22304.

5. National Harbor Grand, LLC ("NHG") is a Maryland based company with its principal place of business located at 165 Waterfront Street, National Harbor, Maryland 20745. Upon information and belief, National Harbor Grand, LLC owns the property known as the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745.

6. MGM National Harbor, LLC ("MHH") is a Nevada based company with its principal place of business located at 3950 Law Vegas Boulevard South, Las Vegas, Nevada 89119. At all times relevant to this Complaint, MHH operates and maintains the property known as the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745.

### III. FACTS

7. On or about July 7, 2019, Knighton was an invitee on the property known as the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745 ("Premises").

8. As Knighton was walking through the Premises, she slipped on a liquid substance which caused her to fall to the ground. Immediately after her fall, Knighton noticed that cocktail and a cocktail cherry had accumulated in the area of the floor where she fell. Knighton's fall caused her to sustain profound and painful injuries to her foot, leg, back, and body. As a result of the injuries sustained, Knighton was forced to incur substantial medical bills and miss time from work. As of the date of the filing of this Complaint, Knighton is still experiencing pain and discomfort due to the injuries she sustained as a result of her fall and, upon information and belief, may be in need of future medical care.

9. At all times prior to her fall, Knighton maintained a proper and vigilant outlook as she proceeded through the Premises, and her actions in no way contributed to her fall. To the contrary, Knighton's injuries were solely the result of the negligence of the Defendants, NHG and/or MHH.

10. Prior to this accident, NHG and/or MHH had knowledge and notice that (1) a cocktail and/or liquid substance had accumulated on the floor of the Casino where Knighton fell; and (2) no adequate

warnings were posted to alert invitees, like Knighton, of the dangerous condition that existed at the time of Knighton's fall.

## COUNT I
### (Negligence - NHG)

11. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-10.

12. NHG, at all times material to this Complaint, was the owner of the property known as the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745. As such, NHG owed a duty to Knighton, and all invitees who were lawfully on the premises, to provide safe pathways through the Casino free from the dangerous accumulation of a cocktail and/or liquid substance on the floor and/or other defects which could cause injury. NHG also had a duty to warn Knighton, and all patrons lawfully entering onto the property, of any defects, dangers, or other hazardous conditions which existed on the property.

13. On or about July 7, 2019, NHG breached the duties of care it owed to Knighton by failing to (1) take reasonable actions to ensure that the floors of the Premises were free from the dangerous accumulation of a cocktail and/or liquid substance, and (2) failing to warn Knighton, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Knighton's fall.

14. As a result of MHG's breaches of the duties of care owed to Knighton, Knighton sustained substantial damages.

WHEREFORE, Plaintiff, Paula Knighton, prays that the Court enter judgment in her favor and against Defendant, National Harbor Grand, LLC, for compensatory damages in an amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

## COUNT I
### (Negligence - MHH)

15. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1-14.

16. MHH, at all times material to this Complaint, was in possession, custody and control of the MGM National Harbor Casino located at 101 MGM National Avenue, Oxon Hill, Maryland 20745. As such, MHH owed a duty to Knighton, and all invitees who were lawfully on the premises, to provide safe pathways through the Casino free from the dangerous accumulation of a cocktail and/or liquid substance on the floor and/or other defects which could cause injury. MHH also had a duty to warn Knighton, and all patrons lawfully entering onto the property, of any defects, dangers, or other hazardous conditions which existed on the property.

17. On or about July 7, 2019, MHH breached the duties of care it owed to Knighton by failing to (1) take reasonable actions

to ensure that the floors of the Premises were free from the dangerous accumulation of a cocktail and/or liquid substance, and (2) failing to warn Knighton, and other patrons lawfully on the premises, of the aforementioned dangerous conditions of which it knew or should have known existed as of the time of Knighton's fall.

18. As a result of MHH's breaches of the duties of care owed to Knighton, Knighton sustained substantial damages.

WHEREFORE, Plaintiff, Paula Knighton, prays that the Court enter judgment in her favor and against Defendant, MGM National Harbor, LLC, for compensatory damages in an amount exceeding $75,000.00, with the exact amount to be determined at trial, plus pre-judgment interest, costs, and such other and further relief as justice may require.

Respectfully submitted,

Thomas C. Costello, #9412430142
Matthew T. Holley, #1306190131
tcc@costellolawgroup.com
mth@costellolawgroup.com
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
(410) 832-8800

Attorneys for Plaintiff,
Paula Knighton

## JURY TRIAL DEMANDED

Plaintiff hereby demands and request that all claims, actions and causes of action set forth in the First Amended Complaint filed for the above-captioned claim be tried before a jury.

_____
Matthew T. Holley