# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | | |
|---|---|---|
| PAULA KNIGHTON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case no. 8:21-cv-2421-TDC |
| | ) | |
| MGM NATIONAL HARBOR, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## DISCLOSURE OF CORPORATE INTEREST

COMES NOW, Defendant MGM National Harbor, LLC, by counsel, and by and in accord Federal Rule 7.1 and Local Rule 103.3 herein files its Disclosure of Corporate Interest:

1. MGM National Harbor, LLC is a limited liability company organized under the laws of the State of Nevada.

2. MGM National Harbor, LLC is wholly owned by its sole member, MGM Resorts International, a party to this proceeding.

3. MGM Resorts International is a publicly traded company incorporated in the State of Delaware with its principal place of business in Nevada.

4. There is no other corporation, unincorporated association, partnership, or other business entity, not a party to this case, which has a financial interest in the outcome of this litigation.

Respectfully submitted,

**MGM NATIONAL HARBOR, LLC**
By Counsel:



*/s/ Emily K. Blake*
John D. McGavin, Esq., VSB No. 18859
Emily K. Blake, VSB No. 20570
BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)
jmcgavin@bmhjlaw.com
eblake@bmhjlaw.com
*Counsel for Defendant*

CERTIFICATE OF SERVICE

       I hereby certify that, on the 21st day of September, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Thomas C. Costello, Esq.
Matthew T. Holley, Esq.
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
tcc@costellolawgroup.com
mth@costellolawgroup.com
*Counsel for Plaintiff*

    /s/ Emily K. Blake
John D. McGavin, Bar No. 18859
Emily K. Blake, Bar No. 20572
BANCROFT, McGAVIN, HORVATH &
JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
jmcgavin@bmhjlaw.com
eblake@bmhjlaw.com
*Counsel for Defendant*