**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| PAULA KNIGHTON | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case no. 8:21-cv-2421-TDC |
| | ) | |
| MGM NATIONAL HARBOR, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT IN RESPONSE TO STANDING ORDER CONCERNING REMOVAL (ECF 4)

COMES NOW, Defendant MGM National Harbor, LLC, by counsel, and pursuant to this Court's Standing Order Concerning Removal, ECF 4, dated September 21, 2021, and states the following in response:

1. MGM National Harbor, LLC was served with a copy of the Summons and First Amended Complaint on August 24, 2021.

2. This case is based on diversity of jurisdiction and MGM National Harbor, LLC is not a citizen of Maryland; it is a limited liability company organized under the laws of the State of Nevada.

3. This matter was removed within 30 days after Defendant MGM National Harbor, LLC was served with a copy of the Summons and First Amended Complaint. The dismissed defendant, National Harbor Grand, LLC, was never served with a copy of the First Amended Complaint.

4. This matter was originally filed in state court on May 19, 2021 and so it has not been pending for more than one year.

5.     As stated above, MGM National Harbor, LLC was the only defendant served with the First Amended Complaint. National Harbor Grand, LLC did not join in on the removal because it had been dismissed as a defendant in state court.


Respectfully submitted,

**MGM NATIONAL HARBOR, LLC**
By Counsel:



*/s/ Emily K. Blake*
John D. McGavin, Esq., VSB No. 18859
Emily K. Blake, VSB No. 20570
BANCROFT, MCGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)
jmcgavin@bmhjlaw.com
eblake@bmhjlaw.com
*Counsel for Defendant*

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that, on the 21st day of September, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Maryland by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system:

Thomas C. Costello, Esq.
Matthew T. Holley, Esq.
Costello Law Group
409 Washington Avenue
Suite 410
Towson, Maryland 21204
tcc@costellolawgroup.com
mth@costellolawgroup.com
*Counsel for Plaintiff*

                                                      /s/ Emily K. Blake
                                          John D. McGavin, Bar No. 18859
                                          Emily K. Blake, Bar No. 20572
                                          BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
                                          9990 Fairfax Boulevard, Suite 400
                                          Fairfax, Virginia 22030
                                          Telephone: (703) 385-1000
                                          Facsimile: (703) 385-1555
                                          jmcgavin@bmhjlaw.com
                                          eblake@bmhjlaw.com
                                          *Counsel for Defendant*